# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0205.  DAVID R. SCHMIDT et al. v. KENNETH PAYNE.**

After the jury returned a verdict in favor of the defendants in this civil action, the plaintiff filed a motion for a new trial.  The trial court granted the motion, and the defendants filed this direct appeal.  We lack jurisdiction.

The order that the defendants seek to appeal is not final, as this action remains pending before the trial court.  Consequently, the defendants were required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order granting the plaintiff's motion for a new trial.  See OCGA § 5-6-34 (b); *Rockdale Awning & Iron Co. v. Kerbow*, 210 Ga. App. 119, 121 (2) (435 SE2d 619) (1993); *Murray v. Rozier*, 186 Ga. App. 184, 184 (367 SE2d 886) (1988).  The defendants' failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Rockdale Awning & Iron Co.*, 210 Ga. App. at 121 (2); *Murray*, 186 Ga. App. at 184.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


, *Clerk.*